IN THE COURT OF CRIMINAL APPEALS OF TENNESSEE
AT KNOXVILLE
September 25, 2001 Session

## STATE OF TENNESSEE v. ANDERSON TOLIVER

**Appeal from the Criminal Court for Hamilton County**
**Nos. 223083, 223085     Stephen M. Bevil, Judge**

**No. E2001-00584-CCA-R3-CD**
**December 18, 2001**

JOSEPH M. TIPTON, J., concurring.

I concur in the result reached and most of the reasoning used in the majority opinion. However, I would hold that the defendant was entitled to an instruction on attempted aggravated child abuse under the evidence presented. As the majority opinion holds though, under State v. Williams, 977 S.W.2d 101, 106 (Tenn. 1988), the failure to give the instruction was harmless beyond a reasonable doubt.

JOSEPH M. TIPTON, JUDGE